# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO C. HERNANDEZ; PATRICIA A. HERNANDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA RECONVEYANCE COMPANY; LONG BEACH MORTGAGE COMPANY; WASHINGTON MUTUAL F.,.P; PACIFIC MORTGAGE PARTNERS, INC. & DOES,<br><br>Defendants. | CASE NO. 09cv1960 JM(BLM)<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT |

In light of the filing of the First Amended Complaint on March 12, 2010, the court denies the pending motion to dismiss as moot. (Docket No. 4).

**IT IS SO ORDERED.**

DATED: March 18, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:      All parties

- 1 -                                                                                                09cv1960